HAYNES AND BOONE, LLP
David P. Bender, Jr./Bar No.123976
  david.bender@haynesboone.com
Michael J. Stoner/Bar No. 269152
  michael.stoner@haynesboone.com
Kenneth G. Parker/Bar No. 182911
  kenneth.parker@haynesboone.com
Christopher B. Maciel/Bar No. 300733
  chris.maciel@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Telephone:  (949) 202-3000
Facsimile:   (949) 202-3001

William C. O'Neill/Bar No. 251071
  WCO@RossLLP.com
ROSS WERSCHING & WOLCOTT LLP
Attorneys at Law
3151 Airway Avenue, Building S-1
Costa Mesa, California 92626
Telephone:  (714) 444-3900
Facsimile:   (714) 444-3901

Attorneys for Plaintiff
PHOENIX FIBERS, INC.

# UNITED STATED DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PHOENIX FIBERS, INC., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY, an Iowa corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00791-TJH-JCx<br><br>Hon. Terry J. Hatter, Jr.<br><br>[~~PROPOSED~~] ORDER  [JS-6] |

16516125_1   [~~PROPOSED~~] ORDER

|   |   |
|---|---|
| 1 | This matter is before the Court on the parties' Stipulated Dismissal with |
| 2 | Prejudice.  Upon review by the Court, and pursuant to the Parties' Stipulation, |
| 3 | **IT IS ORDERED granting** the Stipulation that the above-captioned action |
| 4 | is dismissed, with prejudice, each party bearing its own attorneys' fees and costs. |

DATED:    September  15 , 2017

By: _____
Hon. Terry J. Hatter, Jr.